Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3303
Facsimile:  907-276-2631
Email:     baylousm@lanepowell.com
Attorneys for Plaintiff First Insurance Funding Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FIRST INSURANCE FUNDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> BLACK GOLD EXPRESS, INC., <br><br> Defendant. | Case No. 3:17-cv-00152-SLG <br><br> **APPLICATION FOR** <br> **<u>DEFAULT JUDGMENT</u>** |

The Clerk entered default against Defendant Black Gold Express, Inc. ("Black Gold"). [Doc. 08] Pursuant to Federal Civil Rule 55 and LR 55.1, Plaintiff First Insurance Funding Corp. ("First Insurance") now requests the clerk enter judgment against Black Gold.[1] This application for default judgment is supported by the Declarations of Mark C. Lucas and Michael B. Baylous filed herewith.

On or about April 20, 2016, the parties entered into a Commercial Premium Finance Agreement ("Agreement"), whereby First Insurance advanced payment of insurance premiums, totaling $1,920,936.48, for various insurance policies for Black Gold.

To repay the financed insurance premiums, the Agreement required Black Gold to make a down payment of $192,093.65 and ten monthly payments of $175,150.62,

---

[1] The Defendant is an Alaska corporation. Thus it is not an infant, incompetent, or in military service.

starting on April 23, 2016.  Black Gold was also obligated to pay a finance charge of 2.85 percent *per annum* or $22,663.37.

Through the Agreement, Black Gold assigned First Insurance a security interest in the financed policies, and appointed First Insurance as its attorney-in-fact with the power to cancel the policies and recoup any unearned premiums following default by Black Gold.  The Agreement also required Black Gold to pay a late fee for any missed payments.

Black Gold late-paid the May 2016 payment.  Black Gold was also late on the June 2016 payment, making a partial payment on July 8, 2016.  Black Gold failed to make any additional payments, and thus defaulted on the Agreement.

On or about August 12, 2016, First Insurance notified Black Gold and its various insurers that coverages were cancelled because of Black Gold's default.

Pursuant to the Agreement, First Insurance recouped unearned premiums.  However, such unearned premiums did not fully satisfy Black Gold's obligation to First Insurance.  The outstanding principal balance owed by Black Gold to First Insurance totals $151,000.19.

The Agreement further obligates Black Gold to "pay reasonable attorney fees, court costs, and other collection costs to [First Insurance] to the extent permitted by law if this Agreement is referred to an attorney . . . who is not a salaried employee of [First Insurance] to collect money that Insured owes . . . ."  First Insurance's counsel, Lane Powell LLC, is not a salaried employee of First America.  As outlined in the Baylous Declaration, attorney fees incurred in this matter total $4,012.50.

First Insurance requests the Court enter judgment against Black Gold in the amount of $155,012.69, plus any and all additional charges, costs, expenses, and/or

**Application for Default Judgment**
*First Insurance Funding Corp. v. Black Gold Express, Inc.* **(Case No. 3:17-cv-00152-SLG)**       Page 2 of 3

Case 3:17-cv-00152-SLG   Document 10   Filed 08/28/17   Page 2 of 3

attorney fees incurred after August 17, 2017 that relate to the loan or the enforcement of this judgment.

DATED this 28th day of August, 2017.

LANE POWELL LLC
Attorneys for Plaintiff
First Insurance Funding Corp.

By  s/Michael B. Baylous
   Michael B. Baylous, ABA No. 0905022

130955.0001/7040163.1

**Application for Default Judgment**
*First Insurance Funding Corp. v. Black Gold Express, Inc.* **(Case No. 3:17-cv-00152-SLG)**     Page 3 of 3