# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

FIRST INSURANCE FUNDING CORP.,

                    Plaintiff,

v.

BLACK GOLD EXPRESS, INC.,

                    Defendant.

Case No. 3:17-cv-00152-SLG

## ORDER AND DEFAULT JUDGMENT

Upon consideration of First Insurance Funding Corp's Motion for Attorney Fees (Docket 9) and Application for Default Judgment (Docket 10), the Court hereby GRANTS the motions.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff and against Defendant Black Gold Express, Inc. for the following amounts:

| | | |
|---|---|---|
| a. | Principal Amount: | $ 151,000.19 |
| b. | Attorney Fees (as of August 17, 2017) | $ 4,012.50 |
| c. | Costs:[1] | $ |
| d. | **TOTAL JUDGMENT:** | $ **155,012.69** |
| e. | Post Judgment Interest Rate: | 1.23 % |

---

[1] *See* Local Rule 54.1.

IT IS FURTHER ORDERED THAT Plaintiff may by motion seek to amend this judgment to include any additional charges, costs, expenses, and/or attorney fees incurred after August 17, 2017 that relate to the loan at issue in this lawsuit or in the enforcement of this judgment.

DATED this 11th day of September, 2017 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

**Judgment and Order**
*First Insurance Funding Corp. v. Black Gold Express, Inc.* (Case No. 3:17-cv-00152-SLG) Page 2 of 2

Case 3:17-cv-00152-SLG   Document 13   Filed 09/11/17   Page 2 of 2